UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/18/2024__

| | |
|---|---|
| MICHAEL HUDSON, *derivatively on behalf of Nominal Defendant Tilray Brands, Inc.*,<br><br>            Plaintiff,<br><br>  -against-<br><br>BRENDAN KENNEDY, MARYSCOTT GREENWOOD, CHRISTINE ST. CLARE, MICHAEL AUERBACH, REBEKAH DOPP, IRWIN D. SIMON, RENAH PERSOFSKY, JODI BUTTS, DAVID CLANACHAN, JOHN M. HERHALT, DAVID HOPKINSON, and THOMAS LOONEY,<br><br>            Defendants,<br><br>  -and-<br><br>TILRAY BRANDS, INC.,<br><br>            Nominal Defendant. | 1:23-cv-01792-MKV<br><br>**<u>ORDER</u>** |

MARY KAY VYSKOCIL, United States District Judge:

On April 15, 2024, this matter was reassigned to this Court. IT IS HEREBY ORDERED that on or before August 1, 2024, the parties shall submit a single joint letter advising the Court of the status of this case.

**SO ORDERED.**

                                      _____

**Date:  July 18, 2024**          **MARY KAY VYSKOCIL**
       **New York, NY**          **United States District Judge**