USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HUDSON, derivatively on behalf of Nominal Defendant TILRAY BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRENDAN KENNEDY, MARYSCOTT GREENWOOD, CHRISTINE ST. CLARE, MICHAEL AUERBACH, REBEKAH DOPP, IRWIN D. SIMON, RENAH PERSOFSKY, JODI BUTTS, DAVID CLANACHAN, JOHN M. HERHALT, DAVID HOPKINSON, and THOMAS LOONEY, <br><br> Defendants, <br><br> -and- <br><br> TILRAY BRANDS, INC., <br><br> Nominal Defendant. | Case No. 1:23-cv-01792 |

**STIPULATION AND [PROPOSED] ORDER TO
VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE**

Plaintiff Michael Hudson ("Plaintiff"), derivatively on behalf of Nominal Defendant Tilray Brands, Inc. ("Tilray"), and Defendants Brendan Kennedy, Maryscott Greenwood, Christine St. Clare, Michael Auerbach, Rebekah Dopp, Irwin D. Simon, Renah Persofsky, Jodi Butts, David Clanachan, John M. Herhalt, David Hopkinson, and Thomas Looney ("Individual Defendants") and with Tilray (collectively, the "Defendants"), and together with Plaintiff (collectively, the "Parties"), jointly submit this Stipulation ("Stipulation") to dismiss the above-captioned

shareholder derivative action (the "Action") without prejudice, and in support thereof state as follows:

**WHEREAS**, on March 1, 2023, Plaintiff filed the Action on behalf of Nominal Defendant Tilray in the United States District Court for the Southern District of New York asserting claims for breaches of fiduciary duty, unjust enrichment, and contribution and indemnification under Sections 10(b) and 21D of the Securities Exchange Act of 1934 against the Individual Defendants;

**WHEREAS**, pending in the United States District Court for the Southern District of New York at that time was a putative securities class action captioned: *Kasilingam v. Tilray, Inc., et al.*, Case No.: 20-cv-03459-PAC (the "Securities Class Action");

**WHEREAS**, there was substantial overlap between the facts and circumstances alleged in the Action and the Securities Class Action;

**WHEREAS**, on August 9, 2024, the Court issued a Stipulation to Stay and Order in which all parties agreed to stay the Action unless and until one of several events occurred, including when the Securities Class Action was dismissed, with prejudice, and all appeals related thereto had been exhausted;

**WHEREAS**, on September 30, 2024, the Court dismissed the Securities Class Action with prejudice and the plaintiff in that case did not file a notice of appeal prior to the deadline on October 30, 2024;

**WHEREAS**, the Parties, having met and conferred, now stipulate, pursuant to Fed. R. Civ. Pro. 23.1 and Fed. R. Civ. Pro. 41, to dismiss the Action without prejudice;

**WHEREAS**, Defendants have filed neither an answer nor a motion for summary judgment in the Action; and

**WHEREAS**, neither Plaintiff nor his counsel have received or been promised any consideration in exchange for the dismissal.

**NOW THEREFORE**, it is hereby stipulated by and between the undersigned that:

1. The Action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Notice of voluntary dismissal to Tilray shareholders is not required because: (i) there has been no settlement or compromise of the action; (ii) neither Plaintiff nor his counsel have received or will receive directly or indirectly any consideration from Defendants for dismissal; and (iii) the dismissal is without prejudice to the rights of Tilray's other stockholders.

Dated: November 27, 2024

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **POMERANTZ LLP** |
| Douglas W. Greene (*pro hac vice*) | Gustavo F. Bruckner |
| Zachary R. Taylor | Samuel J. Adams |
| 45 Rockefeller Plaza-14th Floor | 600 Third Avenue |
| New York, New York 10111 | New York, New York 10016 |
| Telephone: (212) 589-4200 | Telephone: (212) 661-1100 |
| dgreene@bakerlaw.com | gfbruckner@pomlaw.com |
| ztaylor@bakerlaw.com | sjadams@pomlaw.com |
| | |
| Genevieve G. York-Erwin | **SHUMAN, GLENN & STECKER** |
| 999 Third Avenue, Suite 3900 | Rusty E. Glenn |
| Seattle, Washington 98104 | 600 17th Street, Suite 2800 South |
| Telephone: (206) 566-7079 | Denver, Colorado 80202 |
| gyorkerwin@bakerlaw.com | Telephone: (303) 861-3003 |
| | rusty@shumanlawfirm.com |
| *Counsel for Individual Defendants and Nominal Defendant Tilray Brands, Inc.* | **SHUMAN, GLENN & STECKER** |
| | Brett D. Stecker |
| | 326 W. Lancaster Avenue |
| | Ardmore, Pennsylvania 19003 |
| | Telephone: (303) 861-3003 |
| | brett@shumanlawfirm.com |
| | |
| | *Attorneys for Plaintiff Michael Hudson* |

3

IT IS SO ORDERED this  11th  day of    December   , 2024.

                                              _____
                                              HON. MARY KAY VYSKOCIL
                                              UNITED STATES DISTRICT JUDGE